

September 13, 2021

**VIA CM/ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York

    Re:    **Cody Pepper, et al. v. Fluent, Inc., et al.; Case No. 1:21-cv-06581-JGK**

Dear Judge Koeltl:

    Our firm represents the Defendants in this action. We write to request an extension of time to respond to the Complaint. The original response deadline is September 15th. We have not previously requested any extensions. We ask that the Court extend the deadline to respond to the Complaint through October 22d. This extension will allow the Defendants to perform an internal investigation to formulate defenses or otherwise attempt to resolve the case without need for further litigation. The attorneys for the respective plaintiffs have expressed no objection to this request, confirmed in an email received September 10th.

    Please let me know if you have any questions.

                        Sincerely,

                        Jacob A. Brainard

JAB/mmi