UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

CODY PEPPER, ET AL.,

                Plaintiffs,

    - against -

FLUENT, INC., ET AL.,

                Defendants.
―――――――――――――――――――――――――――

21-cv-6581 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As stated at the conference held today, the Court sets the following schedule. The defendants' motion to dismiss is due by **November 15, 2021**. The plaintiffs' response is due by **December 6, 2021**. The defendants' reply is due by **December 20, 2021**. Discovery is stayed pending a decision on the motion to dismiss.

SO ORDERED.

Dated:    New York, New York
           November 1, 2021

                                          _____
                                              John G. Koeltl
                                        United States District Judge