UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CODY PEPPER ET AL.,

                 Plaintiffs,

     - against -

FLUENT, INC. ET AL.,

                 Defendants.

21-cv-6581 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

     Because the plaintiff has filed an amended complaint and the defendants intend to file another motion to dismiss, see ECF Nos. 33, 38, the defendants' motion to dismiss and to compel arbitration, ECF No. 30, is **denied** without prejudice as moot.

     There is no need for a pre-motion conference. The defendants may file a motion to dismiss the first amended complaint by **February 4, 2022.** The response is due by **February 18, 2022.** The reply is due by **March 1, 2022.**

     The Clerk is directed to close Docket Nos. 30 and 38.

SO ORDERED.
Dated:     New York, New York
            January 7, 2022

                                     _____
                                          John G. Koeltl
                                  United States District Judge