UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CODY PEPPER, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED, ET AL.,

21-cv-6581 (JGK)

ORDER

        Plaintiffs,

- against -

FLUENT, INC., ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of the papers filed in connection with their motion to compel arbitration and motion to dismiss. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
            May 10, 2022

                                            John G. Koeltl
                                     United States District Judge