UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CODY PEPPER, ET AL.,

                  Plaintiffs,

      - against -

FLUENT, INC., ET AL.,

                  Defendants.

21-cv-6581 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for oral argument on August 9, 2022, at 1:30 p.m. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          July 26, 2022

                              John G. Koeltl
                    United States District Judge