UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CODY PEPPER, ET AL.,

                Plaintiffs,

    - against -

FLUENT, INC., ET AL.,

                Defendants.

21-cv-6581 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    A telephone status conference regarding the expedited discovery authorized in this Court's August 10, 2022 Order (ECF No. 63) is scheduled for **September 29, 2022**, at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            September 26, 2022

                                           /s/ John G. Koeltl
                                             John G. Koeltl
                                       United States District Judge