UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

CODY PEPPER, ET AL.,

                Plaintiffs,

    - against -

FLUENT, INC., ET AL.,

                Defendants.
―――――――――――――――――――――――――――――――

21-cv-6581 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    Because the time for the defendants to answer has been extended to August 11, 2023 (ECF No. 72), the status conference scheduled for August 10, 2023, at 2:30 p.m. is **canceled**.

SO ORDERED.

Dated:    New York, New York
           August 7, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge