```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

CODY PEPPER, ET AL.,

        Plaintiffs,

   - against -

FLUENT, INC., ET AL.,

        Defendants.

─────────────────────────────────────────────

21-cv-6581 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to file a proposed revised civil scheduling order for this case by **August 29, 2023.**

**SO ORDERED.**

Dated:   New York, New York
           August 14, 2023

                                    /s/ John G. Koeltl
                                        **John G. Koeltl**
                                 **United States District Judge**