```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

CODY PEPPER, ET AL.,                              21-cv-6581 (JGK)

            Plaintiffs,              ORDER

    - against -

FLUENT, INC., ET AL.,

            Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by phone, for a pre-motion conference on **Wednesday, September 13, 2023**, at **11:00 a.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 29, 2023**

                                            __/s/ John G. Koeltl__
                                              **John G. Koeltl**
                                 **United States District Judge**