UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CODY PEPPER, et al.,

        Plaintiffs,

-against-

FLUENT, INC., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_10/30/2023\_

21-CV-6581 (JGK) (BCM)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiffs' letter-motion dated October 27, 2023 (Dkt. 87), seeking to compel defendants' responses to various interrogatories requests for production. Defendants' opposition is due no later than **November 1, 2023**, and any reply is due no later than **November 3, 2023**. *See* Moses Ind. Prac. ¶¶ 1(d), 2(e). Judge Moses will hold a conference on the motion on **November 13, 2023, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. It is the Court's practice, where possible, to resolve discovery disputes at the conference, without resort to formal motion practice.

Dated: New York, New York
       October 30, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**