UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CODY PEPPER, et al.,

        Plaintiffs,

-against-

FLUENT, INC., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2024

21-CV-6581 (JGK) (BCM)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiffs' letter-motion dated January 2, 2024 (Dkt. 98), seeking to enforce ¶ 7 of this Court's Order dated November 22, 2023. (Dkt. 95.) Any reply is due no later than **January 9, 2024**. *See* Moses Ind. Prac. ¶ 2(e).

    Should the parties be unable to resolve their dispute, Judge Moses will hold a conference on the motion on **January 16, 2024, at 10:00 a.m. Eastern Standard Time**, via Microsoft Teams. A few minutes before the scheduled time, the parties shall join the conference via the following link, [Click here to join the meeting](), and enter Meeting ID 213 863 243 556 and passcode iP6URE. It is the Court's practice, where possible, to resolve discovery disputes at the conference, without resort to formal motion practice.

Dated: New York, New York
       January 8, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**