```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2024
```

CODY PEPPER, et al.,

        Plaintiffs,

-against-

FLUENT, INC., et al.,

        Defendants.

21-CV-6581 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's discovery conference, plaintiffs' letter-motion dated January 2, 2024 (Dkt. 98) is GRANTED IN PART. It is hereby ORDERED that, no later than **January 23, 2024**, defendants shall:

1. Either accept service on behalf of former employees Crouch, Tark, and Singla, or provide plaintiffs with the most recent contact information on file for these individuals;

2. Identify the executive identified in ¶¶ 82-83 of the FTC's Complaint; and

3. Produce executed versions of their contracts with "last-hop" publishers that brought plaintiffs to one of defendants' websites in connection with each of the text messages sent to plaintiffs.

All relief not granted herein is DENIED, with each party to bear its own costs.

Dated: New York, New York
      January 16, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**