## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CODY PEPPER, TERRI PEPPER, JULIUS BRYANT, KIMBERLY HUDSON, DEMYA JOHNSON, and ALLISON POWERS, INDIVIDUALLY, and on behalf of all others similarly situated,<br><br>                                     Plaintiffs,<br><br>          v.<br><br>FLUENT, INC. and REWARD ZONE USA, LLC,<br><br>                                     Defendants. | Case No. 1:21-cv-06581-MMG-BCM<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Cody Pepper, Terri Pepper, Julius Bryant, Kimberly Hudson, Demya Johnson, and Allison Powers ("Plaintiffs") and Defendants Fluent, Inc. and Reward Zone USA, LLC (collectively "Defendants") (collectively, "the Parties"), by and through their respective counsel of record, respectfully notify this Court that the Parties have reach a settlement in principal of this matter.  The Parties request that the Court vacate all pending dates and hearings and allow forty-five (45) days for the Parties to file a dismissal.

Dated:  March 28, 2024          DANN LAW

                                ZIMMERMAN LAW OFFICES, P.C.

                                THE WEITZ FIRM LLC


                                By   */s/ Javier L. Merino*
                                     _____
                                     Javier L. Merino

                                     Thomas A. Zimmerman, Jr.

                                     Max Morgan

                                     Eric Weitz

                                     *Attorneys for Plaintiffs*

                                     Cody Pepper, Terri Pepper, Julius Bryant, Kimberly

                                     Hudson, Demya Johnson, and Allison Powers

Dated: March 28, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Jay T. Ramsey*

JAY T. RAMSEY

*Attorney for Defendants*

FLUENT, INC. and REWARD ZONE USA, LLC,