Columbus  |  Cincinnati  |  Cleveland  |  New Jersey  |  New York   

**Javier L. Merino, Esq.***

201-355-3440  JMerino@DannLaw.com  216-373-0536
Direct Telephone  Email  Fax

May 7, 2024

***VIA ECF***
Hon. Margaret M. Garnett, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom: 906

Re:   *Pepper, et al. v. Fluent, Inc., et al.*
       Docket No.: 1:21-cv-06581-MMG-BCM

Dear Judge Garnett:

The undersigned is co-counsel for Plaintiffs Cody Pepper, Terri Pepper, Julius Bryant, Kimberly Hudson, Demya Johnson, and Allison Powers ("Plaintiffs") against Defendants Fluent, Inc. and Reward Zone USA, LLC (collectively "Defendants", the parties collectively, the "Parties"). On March 29, 2024, Your Honor entered a forty-five (45) day order after Plaintiffs and Defendants filed a Notice of Settlement, permitting the Parties until May 13, 2024 to consummate the settlement. (D.E. 111). Plaintiffs, with Defendants' consent, respectfully request a twenty-one (21) day extension, to June 3, 2024 to file the stipulation of dismissal, to afford the Parties sufficient time to consummate the settlement

Respectfully Submitted,
DANNLAW

/s/ Javier L. Merino
Javier L. Merino, Esq.

Cc:   All Counsel of Record (via ECF)