Cleveland | New Jersey | New York   

**Javier L. Merino, Esq.***
JMerino@DannLaw.com
Email

216-373-0536
Fax

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 5/8/2024*

May 7, 2024

> Application GRANTED. The parties may file a stipulation of dismissal, or, if the settlement is not consummated, seek to re-open this action on or before **June 3, 2024**. The Clerk of Court is respectfully directed to terminate Dkt. No. 112.
>
> SO ORDERED.  Date: 5/8/2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

**_VIA ECF_**
Hon. Margaret M. Garnett, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom: 906

Re:    *Pepper, et al. v. Fluent, Inc., et al.*
        Docket No.: 1:21-cv-06581-MMG-BCM

Dear Judge Garnett:

    The undersigned is co-counsel for Plaintiffs Cody Pepper, Terri Pepper, Julius Bryant, Kimberly Hudson, Demya Johnson, and Allison Powers ("Plaintiffs") against Defendants Fluent, Inc. and Reward Zone USA, LLC (collectively "Defendants", the parties collectively, the "Parties"). On March 29, 2024, Your Honor entered a forty-five (45) day order after Plaintiffs and Defendants filed a Notice of Settlement, permitting the Parties until May 13, 2024 to consummate the settlement. (D.E. 111). Plaintiffs, with Defendants' consent, respectfully request a twenty-one (21) day extension, to June 3, 2024 to file the stipulation of dismissal, to afford the Parties sufficient time to consummate the settlement

Respectfully Submitted,
DANNLAW

/s/ Javier L. Merino
Javier L. Merino, Esq.

Cc:    All Counsel of Record (via ECF)

NJ Address
1520 US Highway 130, Ste. 101
North Brunswick, NJ 08902

DannLaw.com
877-475-8100
*Licensed in NJ and NY

NY Address
42 Broadway, 12th Floor
New York, NY 10007
By Appointment Only