UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CODY PEPPER, TERRI PEPPER, JULIUS BRYANT, KIMBERLY HUDSON, DEMYA JOHNSON,** and **ALLISON POWERS**, individually, and on behalf of all others similarly situated, | Case No. 1:21-cv-6581 (MMG)(BCM) <br><br> Judge Margaret M. Garnett <br><br> Magistrate Judge Barbara C. Moses |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| **FLUENT, INC.** and **REWARD ZONE USA, LLC,** | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Cody Pepper, Terri Pepper, Julius Bryant, Kimberly Hudson, DeMya Johnson and Allison Powers ("Plaintiffs") and Defendants Fluent, Inc. and Reward Zone USA, LLC ("Defendants"), by and through their undersigned counsel, stipulate and agree that the claims asserted by Plaintiffs on behalf of the putative classes are hereby dismissed *without prejudice* and the claims asserted by Plaintiffs in their individual capacities are dismissed *with prejudice*, with each party to bear their own costs and fees.

Dated: May 28, 2023

Respectfully submitted,

By: *s/ Max S. Morgan.*
  Max S. Morgan, Esq.*
  Eric H. Weitz, Esq.*
  **THE WEITZ FIRM, LLC**
  1515 Market Street, #1100
  Philadelphia, PA 19102
  Tel: (267) 587-6240
  max.morgan@theweitzfirm.com
  eric.weitz@theweitzfirm.com


  Thomas A. Zimmerman, Jr.*

By: s/ *Jay T. Ramsey*
  Jay T. Ramsey, Esq.
  **Sheppard Mullin**
  1901 Avenue of the Stars
  Suite 1600
  Los Angeles, CA 90067
  310-228-2259
  jramsey@sheppardmullin.com

  Sean Anthony Moynihan, Esq.
  Neil E. Asnen, Esq.
  **Klein Moynihan Turco LLP**

Jeffrey D. Blake*  
*tom@attorneyzim.com*  
*jeff@attorneyzim.com*  
ZIMMERMAN LAW OFFICES, P.C.  
77 West Washington Street, Suite 1220  
Chicago, Illinois 60602  
(312) 440-0020 telephone  

Javier Luis Merino  
Dann Law Firm  
1520 U.S. Highway 130  
Suite 101  
North Brunswick, NJ 08902  
201-355-3440  
Fax: 216-373-0536  
Email: jmerino@dannlaw.com  

*admitted *pro hac vice*

*Counsel for Plaintiffs and the proposed Classes*

450 Seventh Avenue  
40th Floor  
New York, NY 10123  
212-246-0900  
smoynihan@kleinmoynihan.com  
nasnen@kleinmoynihan.com  

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

                                                    By: *s/ Max S. Morgan*
                                                            Max S. Morgan