UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CODY PEPPER, TERRI PEPPER, JULIUS BRYANT, KIMBERLY HUDSON, DEMYA JOHNSON, and ALLISON POWERS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLUENT, INC. and REWARD ZONE USA, LLC,<br><br>Defendants. | Case No. 1:21-cv-6581 (MMG)(BCM)<br><br>Judge Margaret M. Garnett<br><br>Magistrate Judge Barbara C. Moses<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Cody Pepper, Terri Pepper, Julius Bryant, Kimberly Hudson, DeMya Johnson and Allison Powers ("Plaintiffs") and Defendants Fluent, Inc. and Reward Zone USA, LLC ("Defendants"), by and through their undersigned counsel, stipulate and agree that the claims asserted by Plaintiffs on behalf of the putative classes are hereby dismissed *without prejudice* and the claims asserted by Plaintiffs in their individual capacities are dismissed *with prejudice*, with each party to bear their own costs and fees.

Dated: May 29, 2023

By: _/s/_

Max S. Morgan, Esq.*
Eric H. Weitz, Esq.*
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com

Thomas A. Zimmerman, Jr.*
Jeffrey D. Blake*

Respectfully submitted,

By: _/s/_

Jay T. Ramsey, Esq.
**Sheppard Mullin**
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
310-228-2259
jramsey@sheppardmullin.com

Sean Anthony Moynihan, Esq.
Neil E. Asnen, Esq.
**Klein Moynihan Turco LLP**

*tom@attorneyzim.com*
*jeff@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone

Javier Luis Merino
Dann Law Firm
1520 U.S. Highway 130
Suite 101
North Brunswick, NJ 08902
201-355-3440
Fax: 216-373-0536
Email: jmerino@dannlaw.com

*admitted *pro hac vice*

*Counsel for Plaintiffs and the proposed Classes*

450 Seventh Avenue
40th Floor
New York, NY 10123
212-246-0900
smoynihan@kleinmoynihan.com
nasnen@kleinmoynihan.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By: *s/ Max S. Morgan*
Max S. Morgan